EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Designación de Miembros a la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico | 2004 TSPR 183<br><br>163 DPR _____ |

Número del Caso: EC-2004-5

Fecha: 22 de noviembre de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Designación de Miembros a
la Comisión para el Estudio y          EC-2004-5
Evaluación de la Función
Notarial en Puerto Rico

RESOLUCIÓN

San Juan, Puerto Rico, a 22 de noviembre de 2004.

El pasado 2 de septiembre de 2004 este Tribunal emitió la Resolución Núm. EC-2004-4 con la cual creó la Comisión para el Estudio y Evaluación de La Función Notarial en Puerto Rico. En dicha resolución se designó, además, a los miembros que la integrarán.

Con el propósito de ampliar la composición de dicha Comisión, se designa a los licenciados Héctor Torres Vilá e Israel Pacheco como miembros adicionales.

Estas designaciones tendrán efectividad inmediata.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo